

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. PD-0186-15

**ROBERT LYNN PRIDGEN, Appellant**

**v.**

**THE STATE OF TEXAS**

### ORDER PURSUANT TO TEXAS RULES OF
### APPELLATE PROCEDURE RULE 9.10

*Per curiam.*

## <u>ORDER</u>

This cause is before this Court on petition for discretionary review from court of appeals case number 12-13-00136-CR, trial court case number 29956 in the 3rd District Court of Anderson County.

The Clerk of this Court has discovered sensitive data in the record, namely: sexually explicit photographs. TEX. R. APP. P. Rule 9.10(a). Pursuant to Texas Rule of Appellate Procedure 9.10, the Clerk sought a ruling from the Court and thereafter notified the parties. The Court now orders the Clerk of this Court to seal the discovered sensitive

data from the records identified and listed below. The Court further orders the trial court clerk, the clerk of the court of appeals, or any entity or individual possessing the following documents to redact or seal the documents pursuant to this order:

1.	Appellant's Petition for Discretionary Review

2.	Appellant's Amended Petition for Discretionary Review

Filed: April 14, 2015

Do not publish